UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GEORGE ALBERT COLE, <br><br> Plaintiff, <br><br> v. <br><br> PAUL DELAPLAIN and <br> LT. J. MALKMUS, <br><br> Defendants. | Case No. 1:08-CV-00476-EJL <br><br> **JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is DISMISSED IN ITS ENTIRETY.

DATED: **November 24, 2010**

Honorable Edward J. Lodge
U. S. District Judge

Judgment - 1